```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| CHARLES DARRINGTON, : | |
| : | Civil Action No. 09-5784 (RMB) |
| Plaintiff, : | |
| v. : | **ORDER** |
| : | (CLOSED) |
| ERIC TAYLOR, et al., : | |
| Defendants. : | |

For the reasons expressed in the Court's Opinion filed herewith,

It is on this **30th** day of **July 2010**,

**ORDERED** that the Clerk of the Court is directed to RE-OPEN this matter; and it is further

**ORDERED** that, pursuant to 28 U.S.C. § 1915(a) and (b), the application submitted by Plaintiff to proceed in forma pauperis is hereby GRANTED; and it is further

**ORDERED** that the Clerk of the Court is directed to file the Complaint without prepayment of the filing fee; and it is further

**ORDERED** that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE, in its entirety as against all named defendants, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1), for failure to state a claim upon which relief may be granted, and for lack of subject matter jurisdiction under either diversity jurisdiction pursuant to 28 U.S.C. § 1332(a), or federal question

jurisdiction under 28 U.S.C. § 1331.  Plaintiff may file an amended complaint within thirty days consistent with the Opinion filed this date.

                                                s/Renée Marie Bumb
                                                RENÉE MARIE BUMB
                                                United States District Judge